AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

United States of America
v.
MATTHEW T. VOSS

Defendant

Case No.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 18 2017 ★
LONG ISLAND OFFICE

MJ 17- 742 - AKT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MATTHEW T. VOSS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit bank and wire fraud, in violation of Title 18, United States Code, Section 1349.

Date: 08/18/2017

*Issuing officer's signature*

City and state: Central Islip, New York

HON. A. KATHLEEN TOMLINSON, U.S.M.J.
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/18/2017, and the person was arrested on *(date)* 8/22/2017
at *(city and state)* Northport, NY.

Date: 8/22/2017

*Arresting officer's signature*

Special Agent John G. Kerounq
*Printed name and title*